# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00004-MR-DLH-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| vs. | ) **O R D E R** |
| **DIANE CONWAY HUTCHISON.** | ) |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing. United States v. Hutchison, No. 13-4250 (4th Cir. November 6, 2013).

**IT IS, THEREFORE, ORDERED** as follows:

(1) The United States Marshal shall have the Defendant present in Asheville, North Carolina, on or before December 11, 2013;

(2) The Clerk of Court shall calendar this matter for resentencing during the December 2013 sentencing term; and

(3) The Federal Defender shall provide counsel to the Defendant for resentencing.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, the Federal Defenders, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**   Signed: November 7, 2013

Martin Reidinger
United States District Judge